# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRYSTAL MALVITZ and CHRISTOPHER FREDRICKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>FINCANTIERI MARINE GROUP, LLC,<br>655 15th Street NW, Suite 450<br>Washington, D.C. 20005,<br><br>Defendant. | Case No. 1:24-cv-238-TSC<br><br>HON. TANYA S. CHUTKAN, U.S.D.J.<br><br>CLASS ACTION |

## **MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendant Fincantieri Marine Group, LLC, by and through its undersigned counsel, hereby moves pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss the First Amended Class Action Complaint. In support thereof, the Defendant relies upon the accompanying Memorandum of Law, which is incorporated herein by reference.

Dated: May 16, 2024

BY:   */s/ Matthew J. Youssef*
Matthew J. Youssef
Niles, Barton & Wilmer, LLP
1111 South Calvert Street, Suite 1400
Baltimore, MD 21202
Phone: 410-783-6300
mjyoussef@nilesbarton.com

Richard Haggerty (pro hac vice orthcoming)
Michael Riecken (pro hac vice application forthcoming)
Mullen Coughlin LLC
309 Fellowship Road, Suite 200
Mt. Laurel, NJ 8054
Phone: 267-930-1443
rhaggerty@mullen.law
mriecken@mullen.law

Attorneys for Defendant Fincantieri Marine Group, LLC

## **CERTIFICATE OF SERVICE**

I, Matthew J. Youssef, state that I filed a true and correct copy of the Motion of Defendant Fincantieri Marine Group, LLC, to Dismiss Plaintiff's Complaint via the Court's electronic filing system, which caused a copy to be served on all counsel of record.

Dated: May 16, 2024

*/s/ Matthew J. Youssef*
Matthew J. Youssef