UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CRYSTAL MALVITZ AND CHRISTOPHER FREDRICKSON**,

Plaintiffs,

v.

**FINCANTIERI MARINE GROUP, LLC.**

Defendant.

Civil Action No. 24-cv-238 (TSC)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, ECF No. 15, Defendant's Motion to Dismiss the Amended Complaint, ECF No. 9, is GRANTED in part and DENIED in part. The court GRANTS Defendant's motion to dismiss Count III and DENIES Defendant's motion to dismiss Counts I and II.

Date: June 12, 2025

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge