# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRYSTAL MALVITZ, and CHRISTOPHER FREDRICKSON, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>FINCANTIERI MARINE GROUP, LLC,<br><br>        Defendant. | Case No. 1:24-cv-00238-TSC |

## NOTICE OF SETTLEMENT

Plaintiffs Crystal Malvitz and Christopher Fredrickson, individually and on behalf of all others similarly situated, and Defendant Fincantieri Marine Group, LLC, by and through their undersigned counsel, hereby notify the Court that they have agreed to a class action settlement in the above-captioned matter. The parties are currently documenting the settlement, and Plaintiffs intend to file a motion for preliminary approval of the class action settlement on or before August 1, 2025. The parties respectfully request that the Court adjourn all pending deadlines.

Respectfully submitted,

*/s/ David K. Lietz*
David K. Lietz
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, DC 20015-2052
Phone: (866) 252-0878
dlietz@milberg.com

*/s/ Matthew J. Youssef*
Matthew J. Youssef
**NILES, BARTON & WILMER, LLP**
1111 South Calvert Street, Suite 1400
Baltimore, MD 21202
Phone: (410) 783-6300
mjyoussef@nilesbarton.com

| | |
|---|---|
| Philip Krzeski (*pro hac vice* forthcoming)<br>**CHESTNUT CAMBRONNE PA**<br>100 Washington Avenue South, Suite 1700<br>Minneapolis, MN 55401<br>Phone: (612) 339-7300<br>pkrzeski@chestnutcambronne.com<br><br>*Counsel for Plaintiffs* | Richard M. Haggerty (*pro hac vice* forthcoming)<br>**MULLEN COUGHLIN LLC**<br>426 W. Lancaster Avenue, Suite 200<br>Devon, PA 19333<br>Phone: (267) 930-1594<br>rhaggerty@mullen.law<br><br>*Counsel for Defendant* |

Dated: June 19, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on June 19th, 2025 a copy of the foregoing *Notice of Settlement* was served via the court's CM-ECF system to all counsel of record.

/s/ Matthew J. Youssef
Matthew J. Youssef, Esquire (CPF#0912170309)