THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRYSTAL MALVITZ, and CHRISTOPHER FREDRICKSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>FINCANTIERI MARINE GROUP, LLC,<br><br>    Defendant. | Case No. 1:24-cv-00238-TSC |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiffs Crystal Malvitz and Christopher Frederickson, individually and on behalf of the putative class, move pursuant to Federal Rule of Civil Procedure 23(e) for an Order: (i) granting preliminary approval of the proposed Settlement; (ii) preliminarily certifying a class for purposes of Settlement; (iii) appointing Plaintiffs as Class Representatives; (iv) appointing David Lietz of Milberg Coleman Bryson Phillips Grossman PLLC and Philip Krzeski of Chestnut Cambronne PA as Class Counsel; (v) approving the Parties' proposed form and method of giving notice of the pendency of this action and the Settlement to the Settlement Class; (vi) directing that notice be given to the Settlement Class; (vii) scheduling a hearing at which time the Court will consider the request for final approval of the Settlement and request for attorneys' fees, expenses, and service awards to Plaintiffs; and (viii) granting such other relief and further relief as the Court deems just and proper. Defendant does not object to the relief sought by Plaintiffs.

This Motion is based upon the accompanying Memorandum of Points and Authorities in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement

1

and its exhibits thereto, including the Settlement Agreement and Release (including its exhibits) and the Joint Declaration of Counsel, and upon all prior pleadings and proceedings properly before the Court.

Dated: August 1, 2025        By: */s/ David K. Lietz*
David K. Lietz
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Fax: (202) 686-2877
*dlietz@milberg.com*

Philip J. Krzeski (Admitted *pro hac vice*)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
*pkrzeski@chestnutcambronne.com*

***Attorneys for Plaintiffs and the Proposed Class***

3

## **CERTIFICATE OF SERVICE**

I, David K. Lietz, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 1st day of August, 2025.

> By: */s/ David K. Lietz*
> David K. Lietz
> **MILBERG COLEMAN BRYSON**
> **PHILLIPS GROSSMAN, PLLC**
> 5335 Wisconsin Avenue NW, Suite 440
> Washington, D.C. 20015-2052
> Tel: (866) 252-0878
> Fax: (202) 686-2877
> dlietz@milberg.com