**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CRYSTAL MALVITZ and CHRISTOPHER FREDRICKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FINCANTIERI MARINE GROUP, LLC,<br><br>Defendant. | Case No.: 1:24-cv-00238-TSC |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that Crystal Malvitz and Christopher Fredrickson, individually and on behalf of the putative class, under Rule 23 of the Federal Rules of Civil Procedure, respectfully move the Court for Final Approval of the Class Action Settlement, for entry of the Final Approval Order and Judgment attached hereto, and for an award of attorneys' fees, expenses, and service awards for the reasons outlined in Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards (Dkt. No. 24) and Memorandum in Support (Dkt. No. 24-1). Proposed Settlement Class Counsel conferred with Defendant's counsel regarding the relief requested herein and confirmed that Defendant does not oppose this Motion.

The Parties will make themselves available to address any questions the Court may have at the April 28, 2026 Final Approval hearing set to take place at 10:30 am EDT.

Dated: April 14, 2026

Respectfully submitted,

*/s/ David K. Lietz*

David K. Lietz
**MILBERG PLLC**
5335 Wisconsin Avenue NW, Ste 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Fax: (202) 686-2877
dlietz@milberg.com

Philip J. Krzeski (*pro hac vice*)
**CHESTNUT CAMBRONNE PA**
100 Washington Ave S, Ste 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
pkrzeski@chestnutcambronne.com

*Class Counsel and Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, David K. Lietz, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 14th day of April, 2026

By: */s/ David K. Lietz*
David K. Lietz